**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Crockett Jacob RODDAM,**
**Defendant–Appellant**

**No. 15-41143**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 08/25/2016

Lauren Elizabeth Gaston, Assistant U.S. Attorney, U.S. Attorney's Office, Lufkin, TX, for Plaintiff–Appellee

Crockett Jacob Roddam, Pro Se

Before JONES, CLEMENT, and ELROD, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Crockett Jacob Roddam has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Roddam has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

motion for leave to withdraw is GRANT-ED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Roddam's motion to substitute counsel is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.